FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 3 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Z DEPUTY

1  Van E. Flury
   4009 W. Kiva Street
2  Laveen, Arizona 85339
   (602) 237-9152, (602) 319-8777
3

   Plaintiff, Pro Per
4

5       IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

6

7                                    CV '08 2098 PHX SRB

8   VAN E. FLURY, an individual,          )    CASE NO.
                                          )
9              Plaintiff,                  )
                                          )
10             vs.                         )
                                          )
11                                         )    **COMPLAINT FOR VIOLATIONS**
    HEALTHCARE COLLECTIONS, INC., an      )    **OF THE [ FEDERAL ] FAIR**
12  Arizona state corporation,            )    **CREDIT REPORTING ACT**
                                          )
13                                         )
    CHOICEPOINT, INC., a Georgia state    )
14  corporation;                          )
                                          )
15                                         )
               Defendants.                )
16                                         )

17

18                              **JURISDICTION**

19  **1)**   Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the

20  cause of action against both defendants arising under the laws of the United States; i.e. *FCRA,*

21  *U.S.C. Title 15, section [ 1681 ] et seq.*

22

23  **COMPLAINT AGAINST DEFENDANT, HEALTHCARE COLLECTIONS, INC.**

24

25  **2)**   Plaintiff alleges that the defendant, HealthCare Collections, Inc. [ is not ] a licensed

26  collection agency in the state of Arizona.

27

28  **3)**   Plaintiff further alleges that the defendant, HealthCare Collections, Inc., is willfully and

                                          Complaint - Fair Credit Reporting Act.

Page 2 of 3

1

2  knowingly, reporting [ 4 ] adverse collection accounts to the consumer credit files of the plaintiff,

3  Van E. Flury, specifically, TransUnion, Equifax, and Experian;  from 4/26/2006, to present, even

4  though the defendant, HealthCare Collections, Inc.,[ is not ] a licensed collection agency in the

5  state of Arizona.

6

7  **4)**   Plaintiff further alleges that the defendant, HealthCare Collections, Inc., has violated the

8  [**FCRA**], specifically, *U.S.C. Title 15, sec. 1681s-2, Responsibilities of furnishers of information*

9  *to the consumer reporting agencies,* [ 4 ] times against the plaintiff, Van E. Flury, by willfully and

10  knowingly, reporting the [ 4 ] adverse collection accounts to plaintiff's, TransUnion, Equifax, and

11  Experian credit files.

12

13  **5)**   Plaintiff further alleges that the adverse collection accounts are being specifically reported to

14  plaintiff's consumer credit files by the legal entity of:  [ **HealthCare Collections, Inc.** ].

15

16

17  ## COMPLAINT AGAINST DEFENDANT, CHOICEPOINT, INC.

18

19  **6)**   Plaintiff alleges that the defendant, CHOICEPOINT, INC., did knowingly obtain a copy of the

20  plaintiff's, Equifax Credit file on: September 17, 2008, without a permissible purpose pursuant to the

21  [**FCRA** ] *U.S.C. Title 15, sec. 1681b, Permissible purposes of consumer reports.* Plaintiff further

22  alleges that this [hard] inquiry into the plaintiff's Equifax credit file by the defendant [was not] initiated

23  by the plaintiff, and the defendant, otherwise had no other permissible purpose for knowingly obtaining a

24  copy of plaintiff's Equifax Credit file.

25

26

27  ## PRAYER FOR RELIEF AND JUDGMENT

28

4009 W. Kiva Street
Laveen, Arizona 85339                                    Complaint - Fair Credit Reporting Act.
(602) 237-9152, (602) 319-8777

1

2

3    **7)**    For their willful noncompliance, plaintiff prays for judgment against defendant, CHOICEPOINT,

4    INC., for the actual damages sustained by the plaintiff in the amount of: $1,000.00, pursuant to: *U.S.C.*

5    *Title 15, section: 1681n (a)(1)(B)*, in their so obtaining a copy of plaintiff's Equifax Credit file without a

6    permissible purpose.

7

8    **8)**    Plaintiff prays for judgment against defendant, HEALTHCARE COLLECTIONS, INC., in

9    the amount of: $4,000.00, as the actual damages sustained by plaintiff pursuant to: *U.S.C. Title 15,*

10   *section: 1681n (a)(1)(A)*, for their willfully failing to compile with the requirements imposed under:

11   *U.S.C. Title 15, sec. 1681s-2, Responsibilities of furnishers of information to the consumer*

12   *reporting agencies*, in their so reporting [4] adverse collection accounts to plaintiff's consumer

13   credit files when they are [ not ] licensed by the state of Arizona to do so. Plaintiff also prays for

14   injunctive relief in that the [ 4 ] adverse collection accounts be also removed from plaintiff's

15   respective credit files.

16

17   **9)**    Plaintiff prays for his taxable costs in bringing the lawsuit against both defendants.

18

19

20

21   Dated this 13th day of November 2008.

22

23   By : _____

24   Van E. Flury, plaintiff
     4009 W. Kiva Street
25   Laveen, Arizona 85339
     (602) 237-9152, (602) 319-8777

26

27

28

4009 W. Kiva Street
Laveen, Arizona 85339                                    Complaint - Fair Credit Reporting Act.
(602) 237-9152, (602) 319-8777