X FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 2 0 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Van E. Flury
4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Plaintiff, Pro Per

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual, | CASE NO. CV-08-02098-PHX (SRB) |
| Plaintiff, | |
| vs. | |
| | **1st AMENDED COMPLAINT** |
| HEALTHCARE COLLECTIONS, INC., an Arizona state corporation, | **VIOLATIONS OF FAIR CREDIT REPORTING ACT** |
| CHOICEPOINT, INC., a Georgia state corporation, | |
| COUNTRYWIDE FINANCIAL CORPORATION, a California state foreign corporation, | |
| LANDSAFE CREDIT, INC., a California state corporation; | |
| Defendants. | |

## JURISDICTION

1) Plaintiff alleges the Court's jurisdiction of this matter pursuant to a Federal Question: the cause of action against all defendants arising under the laws of the United States, pursuant to the: *FCRA, U.S.C. Title 15, section [ 1681 ] et seq.*

## COMPLAINT

## HEALTHCARE COLLECTIONS, INC.

Complaint - Fair Credit Reporting Act.

SCANNED

**2)**   Plaintiff alleges that the defendant, HealthCare Collections, Inc. [ is not ] a licensed collection agency in the state of Arizona.

**3)**   Plaintiff further alleges that the defendant, HealthCare Collections, Inc., is willfully and knowingly, reporting [ 4 ] adverse collection accounts to the consumer credit files of the plaintiff, Van E. Flury; specifically, TransUnion, Equifax, and Experian;  from 4/26/2006, to present, even though the defendant, HealthCare Collections, Inc.,[ is not ] a licensed collection agency in the state of Arizona.

**4)**   Plaintiff further alleges that the defendant, HealthCare Collections, Inc., has violated the [**FCRA**], specifically, *U.S.C. Title 15, sec. 1681s-2, Responsibilities of furnishers of information to the consumer reporting agencies,* [ 4 ] times against the plaintiff, Van E. Flury, by willfully and knowingly, reporting the [ 4 ] adverse collection accounts to plaintiff's, TransUnion, Equifax, and Experian credit files.

**5)**   Plaintiff further alleges that the adverse collection accounts are being specifically reported to plaintiff's consumer credit files by the legal entity of:  [ **HealthCare Collections, Inc.** ].

## CHOICEPOINT, INC.

**6)**   Plaintiff alleges that the defendant, CHOICEPOINT, INC., did knowingly obtain a copy of the plaintiff's, Equifax Credit file on: September 17, 2008, without a permissible purpose; pursuant to the: [**FCRA** ]  *U.S.C. Title 15, sec. 1681b, Permissible purposes of consumer reports.* Plaintiff further alleges that this [hard] inquiry into the plaintiff's Equifax credit file by the defendant [was

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Complaint - Fair Credit Reporting Act.

not] initiated by the plaintiff, and the defendant, otherwise had no other permissible purpose for knowingly obtaining a copy of plaintiff's: Equifax Credit file.

## COUNTRYWIDE FINANCIAL CORPORATION

7)    Plaintiff alleges that the defendant, COUNTRYWIDE FINANCIAL CORPORATION, did knowingly obtain a copy of the plaintiff's, TransUnion Credit file on: April 23, 2008, without a permissible purpose; pursuant to the: **[FCRA** ]   *U.S.C. Title 15, sec. 1681b, Permissible purposes of consumer reports*. Plaintiff further alleges that this [hard] inquiry into the plaintiff's TransUnion Credit File by the defendant [was not] initiated by the plaintiff, and the defendant, otherwise had no other permissible purpose for knowingly obtaining a copy of plaintiff's: TransUnion Credit File.

## LANDSAFE CREDIT, INC.

8)    Plaintiff alleges that the defendant, LANDSAFE CREDIT, INC., did knowingly obtain copies of plaintiff's, Experian and Equifax Credit Files on: April 23, 2008, without a permissible purpose; pursuant to the: **[FCRA** ]   *U.S.C. Title 15, sec. 1681b, Permissible purposes of consumer reports*. Plaintiff further alleges that these [hard] inquiries into plaintiff's: Experian and Equifax Credit Files by the defendant [were not] initiated by the plaintiff, and the defendant, otherwise had no other permissible purpose for knowingly obtaining copies of plaintiff's: Experian and Equifax Credit Files.

4009 W. Kiva Street
Laveen, Arizona 85339                                    Complaint - Fair Credit Reporting Act.
(602) 237-9152, (602) 319-8777

## PRAYER FOR RELIEF AND DEMAND FOR JUDGMENT

**9)**   For their willful noncompliance, plaintiff prays for judgment against the following defendants for the actual damages sustained by the plaintiff in the amount of: $1,000.00, per each defendant, pursuant to: *U.S.C. Title 15, section: 1681n (a)(1)(B),* in their so obtaining a copies of plaintiff's credit reports without a permissible purpose.

```
A) CHOICEPOINT, INC. [1] violation:                         $1,000.00
B) COUNTRYWIDE FINANCIAL CORPORATION [1] violation: $1,000.00
C) LANDSAFE CREDIT, INC. [2] violations:                    $2,000.00
```

**10)**   Plaintiff prays for judgment against defendant, HEALTHCARE COLLECTIONS, INC., in the amount of: $4,000.00, as the actual damages sustained by plaintiff pursuant to: *U.S.C. Title 15, section: 1681n (a)(1)(A),* for their willfully failing to compile with the requirements imposed under: *U.S.C. Title 15, sec. 1681s-2, (Responsibilities of furnishers of information to the consumer reporting agencies)* in that they are reporting, and continuing to report, [4] adverse collection accounts to plaintiff's consumer credit files as a [non] licensed collection agency in the state of Arizona. Plaintiff also prays for injunctive relief in that the defendant be ordered to have the [ 4 ] adverse collection accounts removed from the respective credit files of the plaintiff.

**11)**   Plaintiff prays also for judgment against all defendants jointly and/or severally for his taxable costs in bringing the lawsuit.

4009 W. Kiva Street
Laveen, Arizona 85339                    Complaint - Fair Credit Reporting Act.
(602) 237-9152, (602) 319-8777

Dated this 20th day of November 2008.

By : _____

Van E. Flury, plaintiff
4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

**PROOF OF SERVICE**

**ORIGINAL** of the foregoing
filed this 20th day of November 2008,
with the: US District Court, 401 W.
Washington, Phoenix, Arizona
85003

**COPY** of the foregoing mailed this
20th day of November 2008, to:

HealthCare Collections, Inc.
c/o Statutory Agent: Larry Bird
13845 N. 19th Avenue
Phoenix, AZ 85023

BY: _____

4009 W. Kiva Street
Laveen, Arizona 85339
(602) 237-9152, (602) 319-8777

Complaint - Fair Credit Reporting Act.