# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| VAN E. FLURY, an individual, | No. CV-08-02098-PHX (SRB) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| HEALTHCARE COLLECTIONS, INC., an Arizona state corporation | |
| CHOICEPOINT, INC., a Georgia state corporation, | |
| COUNTRYWIDE FINANCIAL CORPORATION, a California state foreign corporation, | |
| LANDSAFE CREDIT, INC., a California state corporation; | |
| Defendants. | |

Having considered Van E. Flury (Plaintiff), Countrywide Financial Corporation, and LandSafe Credit, Inc.'s Joint Stipulation for Dismissal, and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 26th day of January, 2009.

_____
Susan R. Bolton
United States District Judge